IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHATINA ANN LOGAN                                                                                      PETITIONER

v.                                            Case No.  4:24-cv-4052

STATE OF ARKANSAS                                                                                   RESPONDENT

## ORDER

    Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 5.  Judge Bryant recommends that the Court deny Shatina Ann Logan's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  ECF No. 1.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Shatina Ann Logan's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to notify Shatina Ann Logan of the dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

    **IT IS SO ORDERED**, this 22nd day of November, 2024.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge